### HIATT *v.* PETTIJOHN.

APPEAL from the Hamilton Circuit Court.

DOWNEY, J.—The transcript in this case is not authenticated by the seal of the circuit court.    2 G. & H. 273, sec. 558; *Hinton* v. *Brown,* 1 Blackf. 429.

The appeal is dismissed, with costs.

*J. W. Evans,* for appellant.

*G. H. Voss* and *T. J. Kane,* for appellee.